# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 09-179V
Filed: March 1, 2016
Not to be Published

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                          *
DALIBOR HRADEK                            *
and DEBBY HRADEK,                         *
parents of F.H., a minor,                 *
                                          *
          Petitioners,                    *    Autism; Petitioners' Motion for a
                                          *    Decision Dismissing the Petition;
          v.                              *    Insufficient Proof of Causation; Vaccine
                                          *    Act Entitlement; Denial Without Hearing
SECRETARY OF HEALTH AND                   *
HUMAN SERVICES,                           *
                                          *
          Respondent.                     *
                                          *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## DECISION

On March 23, 2009, Petitioners filed a Petition for Vaccine Compensation in the National Vaccine Injury Compensation Program ("the Program"),[1] alleging that various vaccinations injured F.H. However, on March 1, 2016, Petitioners moved for a decision dismissing their petition, acknowledging that they will be unable to prove they are entitled to compensation in the Program. Petitioners' Motion represents that Respondent does not oppose Petitioners' request.

It is clear from the record in this case that Petitioners are not able to demonstrate either that F.H. suffered a "Table Injury" or that F.H.'s injuries were "actually caused" by a vaccination. **Thus, this case is dismissed. The Clerk shall enter judgment accordingly.**

**IT IS SO ORDERED.**

s/George L. Hastings, Jr.
George L. Hastings, Jr.
Special Master

---

[1] The Program comprises Part 2 of the National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755, codified as amended, 42 U.S.C. §§ 300aa-10 *et seq.* (hereinafter "Vaccine Act" or "the Act"). Hereafter, individual section references will be to 42 U.S.C. § 300aa of the Act.